■ CRYSTAL M. GONYOU et al., Respondents, v ROBERTA D. MCLAUGHLIN et al., Defendants, and JUSTIN M. SANMARTIN, Appellant. [872 NYS2d 687]—Appeal from an order of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered October 19, 2007 in a personal injury action. The order, insofar as appealed from, denied the motion of defendant Justin M. Sanmartin for summary judgment dismissing the complaint against him.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.

■ JEREMY M. MCPHEE, Respondent, v JOHN D. BRUSH, INC., Doing Business as SENTRY GROUP, Sued Herein as SENTRY GROUP, LLC, Doing Business as SENTRY SAFE, Defendant and Third-Party Plaintiff. ELMER W. DAVIS ROOFING COMPANY, Third-Party Defendant-Appellant. [872 NYS2d 687]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered January 8, 2008 in a personal injury action. The order, inter alia, granted the motion of plaintiff for partial summary judgment on liability pursuant to Labor Law § 240 (1).

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KEITH MAGUIRE, Appellant, v MICHAEL CORCORAN, Superintendent, Cayuga Correctional Facility, Respondent. [872 NYS2d 352]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered May 8, 2008. The judgment denied the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.